**Karen MARTOYAN; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–70227.

United States Court of Appeals, Ninth Circuit.

Sept. 28, 2010.

Jonathan Michael Jackson, Latham & Watkins, LLP, Los Angeles, CA, for Petitioners.

Karen Martoyan, North Hollywood, CA, pro se.

Paruyr Martoyan, North Hollywood, CA, pro se.

Meline Martoyan, North Hollywood, CA, pro se.

Kiley L. Kane, Esquire, OIL, Mary Jane Candaux, Assistant Director, DOJ–U.S. Department of Justice, Civil Division/Of-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

fice of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

### ORDER

Because this case was placed in the Pro Bono Program and should not have been submitted on the briefs without oral argument, we sua sponte withdraw the memorandum disposition filed on September 24, 2010, 2010 WL 3825437. This case shall be placed on the next available oral argument calendar.